UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

      Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The Status Report and Supplement to Special Motion for Discovery (R-42), filed November 30, 2004 (docket #1274); and the Motion for Inmate Roster Information, filed June 8, 2005 (docket #1467), are both **DENIED AS MOOT** in light of this Court's Order of January 18, 2006 (docket #1661).

      Dated:  May 10, 2006

                       s/ Michelle M. Merz
                       Law Clerk to
                       Wiley Y. Daniel
                       U. S. District Judge