UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

2. RUDY CABRERA SABLAN,

　　　Defendant.

_____

**ORDER**
_____

　　　THIS MATTER is before the Court on Defendant Rudy Sablan's Motion for Daily Copy Transcripts (# 2266) filed February 12, 2007 and his Motion for Realtime Transcripts (# 2267) filed February 13, 2007.  I am advised that the Motion for Realtime Transcripts supersedes the earlier filed Motion for Daily Copy Transcripts.  Having reviewed the motions and being fully advised in the premises, it is

　　　ORDERED that Defendant Rudy Sablan's Motion for Realtime Transcripts (# 2267) is **GRANTED**.

　　　FURTHER ORDERED that Defendant Rudy Sablan's Motion for Daily Copy Transcripts (# 2266) is **DENIED AS MOOT**.

　　　Dated:  February 14, 2007

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　　U. S. District Judge