UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RUDY CABRERA SABLAN

    Defendant.

_____

**ORDER**
_____

    Pursuant to the Waiver of Appearance of Rudy Sablan filed May 18, 2007, it is

ORDERED that the presence of Rudy Sablan is **WAIVED** at the status conference set for May 24, 2007, at 11:30 a.m. pursuant to FED. R. CRIM. P. 43.

    Dated:  May 23, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge