UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RUDY CABRERA SABLAN

Defendant.

_____

**ORDER**
_____

    THIS MATTER came before the Court on a continued status conference on Tuesday, July 31, 2007.  Consistent with my rulings at the conference, it is

    ORDERED that the status conference is continued to **Thursday, August 23, 2007, at 4:00 p.m.**  The main reason for the continuance is to expedite a decision by the Department of Justice ("DOJ") as to whether the Government will continue to seek the death penalty in this case.  It is

    FURTHER ORDERED that if, prior to the status conference, a decision is made that the death penalty will be withdrawn, the parties shall meet and confer and file a new case management order.  It is

    FURTHER ORDERED that if a decision has not been made by the DOJ as to the death penalty in this case by the time of the status conference, an authorized representative from the DOJ and the United States Attorney for this District shall be present at the status conference.

Dated: August 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge