## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

___

| | | | |
|---|---|---|---|
| Date: | September 12, 2007 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Jesse Torres and |
| Court Reporter/ECR: | Kara Spitler | | Pete Tenorio |

___

Criminal Case No.  **00-cr-00531-WYD**         Counsel:

UNITED STATES OF AMERICA,                    Brenda K. Taylor

       Plaintiff,

v.

**2. RUDY CABRERA SABLAN**,                 Forrest W. Lewis
                                                        Donald R. Knight

       Defendant.

___

### COURTROOM MINUTES
___

**STATUS CONFERENCE**

**4:09 p.m.**   Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.

          Interpreters sworn (Chamorro)

          Court's opening remarks.

4:11 p.m.   Statement by Government that the Department of Justice will not withdraw the death penalty in this case (Ms. Taylor).

4:14 p.m.   Discussion regarding status of the case and changes to the case management order which was previously submitted to the Court by the parties.

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes
_____

**ORDERED:** A five-day hearing on pending motions is set to commence on **Monday, December 3, 2007, at 9:00 a.m., in courtroom A-1002.**

**ORDERED:** Defendant shall file any additional motions and supplements to pending motions that were previously filed not later than **Friday, October 12, 2007.**

**ORDERED:** Expert witness disclosures shall be provided not later than **Monday, December 31, 2007.**

**ORDERED:** Exhibits lists, witness lists, and rebuttal expert disclosures shall be made not later than **Tuesday, January 22, 2008.**

**ORDERED:** Final trial preparation conference is set for **Wednesday, February 27, 2008, at 3:00 p.m., in courtroom A-1002.**

**ORDERED:** A 2-month trial to jury is set to commence on **Monday, March 17, 2008, at 9:00 a.m., in courtroom A-1002.**

**ORDERED:** Parties shall submit any requests or statements with respect to jury selection not later than **Tuesday, November 13, 2007.**

**ORDERED:** Defendant's Motion for Release of Juror Contact Information (#2585 - 6/20/07) is **DENIED.**

4:40 p.m.   Discussion regarding pending motions and motions to be filed by Defendant.

**ORDERED:** Defendant's Renewed Motion in Limine Regarding the "Heinous or Depraved" Statutory Aggravating Factor shall be filed not later than **Monday, September 24, 2007.**

**ORDERED:** Government shall respond to Defendant's Renewed Motion in Limine Regarding the "Heinous or Depraved" Statutory Aggravating Factor shall be filed not later than **Friday, October 5, 2007.**

**ORDERED:** Government shall have until **Wednesday, September 26, 2007** to contact William Sablan's counsel regarding mental health documents related to William Sablan.

**ORDERED:** Government shall file pleading regarding its position as to William Sablan's mental health records not later than **Friday, October 5, 2007.**

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes

**ORDERED:**   A hearing on Defendant's Renewed Motion in Limine Regarding the "Heinous or Depraved" Statutory Aggravating Factor, Defendant's Motion for Discovery (#1534 - 9/6/05), and Defendant's Motion for Discovery (#1660 - 1/18/06) is set for **Tuesday, October 23, 2007, at 3:00 a.m., in courtroom A-1002.**

**4:57 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:48**