UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RUDY CABRERA SABLAN

    Defendant.

_____

## CASE MANAGEMENT ORDER
_____

Upon Motion of the United States and counsel for Defendant Rudy Sablan, and in accordance with my rulings at the status conference on September 12, 2007, it is hereby ORDERED that:

1. All additional motions and any notice pursuant to FED. R. CRIM. P. 12.2 shall be filed on or before **October 21, 2007**.

2. Responses to new motions shall be filed on or before: **November 13, 2007**.

3. A hearing on Defendant's Motions for Discovery of *Brady* Material (docket # 1534 and # 1660) and a renewed motion to be filed regarding the heinous or depraved aggravating factor is set for **Tuesday, October 23, 2007, at 3:00 p.m.**

4. A hearing on all other pending motions and a penalty phase evidentiary hearing regarding proof of future dangerousness is set for the week of **December 3 - 7, 2007** at 9:00 a.m. each day.

    a.    The following categories of motions are currently pending argument:

**Statements of William Sablan**:

(1)    Docket #256, Motion in Limine re Statements of William Sablan;

(2)    Docket #259, Notice and Motion to Admit Evidence Under F.R.E. 807 – 10/20/99 Letter;

**Mental Health of William Sablan**::

(1)    Docket #257, Motion in Limine to Admit Evidence of William Sablan's Mental Conditions;

(2)    Docket #1534 and # 1660, Motion for Discovery of *Brady* Material;

(3)    Docket #1671, Motion for Hearing Regarding Review and Release of William Sablan's Mental Health Material;

**Phase III Motions:**

(1)    Docket #1701, Motion in Limine Regarding Convictions and Incidents Alleged in Support of Non-Statutory Aggravating Factor of Future Dangerousness;

(2)    Docket #1860, Rudy Sablan's Response to Government's Proffer of Penalty Phase Evidence;

**Renewed Motion to be Filed Regarding Heinous or Depraved Aggravating Factor** - this motion shall be filed by **September 24, 2007,** and a response shall be filed by **October 5, 2007**.

5.    As to Defendant's Motion for Discovery of *Brady* Material (docket # 1534 and # 1660), the parties shall meet and confer regarding this motion. Also, the

-2-

Government shall file a pleading by **October 5, 2007**, as to its position regarding production of these documents. In that regard, the Government shall determine what documents regarding William Sablan relevant to these motions were produced at the trial involving that Defendant, confer with William Sablan's counsel as to whether they object to production of such documents by no later than **September 26, 2007**, and indicate its position of production of such documents in the pleading. As to documents regarding William Sablan relevant to these motions that were not produced at the trial, the Government shall indicate in the pleading its position as to production of such documents. Defendant may, if he wishes, filed a response to the Government's pleading by **October 13, 2007**.

6. Initial qualification questionnaires shall be sent to the special jury panel on a date to be determined by the Court.

7. Any statements regarding jury selection shall be filed by the parties by **November 13, 2007**.

8. Expert Witness Notices shall be provided by both parties on or before **December 31, 2007**.

9. Witness Lists, Exhibit Lists, and Rebuttal Expert Designations for guilt/innocence and penalty phases of trial shall be filed on or before **January 22, 2008**.

10. A Final Trial Preparation Conference is set for **Wednesday, February 27, 2008, at 3:00 p.m.**

11. Qualified jurors shall be ordered to appear in person to complete the questionnaires on a date to be determined by the Court.

12. The jury trial of this matter is set for a period of two months to begin **Monday, March 17, 2008 at 9:00 a.m.**  Trial is set through **May 16, 2008**.

13.. Defendant's Motion for Release of Juror Contact Information (docket # 2585) is **DENIED** for the reasons stated on the record at the status conference.

Dated:  September 17, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge