## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | October 23, 2007 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Jesse Torres and |
| Court Reporter/ECR: | Kara Spitler | | Pete Tenorio |

_____

Criminal Case No.  **00-cr-00531-WYD**                    Counsel:

UNITED STATES OF AMERICA,                          Brenda K. Taylor

                                                   Philip A. Brimmer

              Plaintiff,

v.

**2. RUDY CABRERA SABLAN**,                        Forrest W. Lewis

                                                   Donald R. Knight

              Defendant.

_____

### COURTROOM MINUTES
_____

**HEARING ON DEFENDANT'S RENEWED MOTION IN LIMINE REGARDING THE "HEINOUS OR DEPRAVED" STATUTORY AGGRAVATING FACTOR, DEFENDANT'S MOTION FOR DISCOVERY (#1534 - 9/6/05), DEFENDANT'S MOTION FOR DISCOVERY (#1660 - 1/18/06) AND DEFENDANT'S MOTION TO RECONSIDER COURT'S RULING ON RELEASE OF JUROR CONTACT INFORMATION (#2631)**

**3:04 p.m.**      Court in Session - Defendant present (in-custody)

                 APPEARANCES OF COUNSEL.  Patrick J. Burke and Nathan D. Chambers are
                 also present on behalf of William Sablan who is not present.

                 Interpreters sworn (Chamorro)

                 Court's opening remarks.

-1-

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes

              Defendant's Motion for Discovery (#1534 - 9/6/05) and Defendant's Motion to Supplement Motion for Brady Material (R-47) and Motion in Limine to Admit Evidence of William Sablan's Mental Condition (R-18) Pursuant to Court's Direction (#1660 - 1/18/06) are raised for argument.

3:07 p.m.        Argument by Defendant William Sablan (Mr. Burke).

3:10 p.m.        Argument by Government (Mr. Brimmer).

3:11 p.m.        Argument by Defendant William Sablan (Mr. Burke).

3:13 p.m.        Argument by Defendant Rudy Sablan (Mr. Lewis).

3:17 p.m.        Argument by Government (Mr. Brimmer).

3:19 p.m.        Argument by Defendant William Sablan (Mr. Burke).

**3:21 p.m.**        Court in Recess

**3:23 p.m.**        Court in Session

              Argument by Defendant William Sablan (Mr. Burke).

**ORDERED:**      Mr. Burke shall submit redacted versions of Ex Parte documents to the Court not later than **Monday, October 29, 2007.**

3:26 p.m.        Mr. Burke and Mr. Chambers are excused.

**ORDERED:**      Defendant's Motion for Discovery (#1534 - 9/6/05) is **DEFERRED.**

**ORDERED:**      Defendant's Motion to Supplement Motion for Brady Material (R-47) and Motion in Limine to Admit Evidence of William Sablan's Mental Condition (R-18) Pursuant to Court's Direction (#1660 - 1/18/06) is **DEFERRED.**

              Defendant's Motion to Strike Notice of Intent to Seek Death Penalty (#2624 - 9/24/07) is raised for argument.

3:30 p.m.        Argument by Defendant (Mr. Lewis).

3:41 p.m.        Argument by Government (Ms. Taylor).

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes

3:57 p.m.        Argument by Defendant (Mr. Lewis).

**ORDERED:**      Defendant's Motion to Strike Notice of Intent to Seek Death Penalty (#2624 - 9/24/07) is **TAKEN UNDER ADVISEMENT.**

4:04 p.m.        Discussion regarding schedule for the 5-day motions hearing set to commence on Monday, December 3, 2007.

**ORDERED:**      The 5-day hearing on pending motions will run Monday, December 3, 2007 through Wednesday, December 5, 2007 and be continued until **Thursday, December 20, 2007, at 9:00 a.m. and Friday, December 21, 2007, at 9:00 a.m., in courtroom A-1002.**

**ORDERED:**      Government shall submit particulars regarding the Government's Further Support for Penalty-Phase Evidence and in Support of the Nonstatutory Aggravating Factor of Future Dangerousness as to Rudy Sablan not later than **Tuesday, November 13, 2007.**

**ORDERED:**      Defendant shall respond to Government's submission not later than **Tuesday, November 26, 2007.**

                  Defendant's Motion for Reconsideration Re: Amended Document (#2631 - 10/12/07) is raised for argument.

4:19 p.m.        Argument by Defendant (Mr. Knight).

4:29 p.m.        Argument by Government (Mr. Brimmer).

                  Court makes findings.

**ORDERED:**      Defendant's Motion for Reconsideration Re: Amended Document (#2631 - 10/12/07) is **DENIED.**

**4:38 p.m.**        Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:32**