IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  00-cr-00531-WYD0-02

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUDY CABRERA SABLAN,

Defendant.
_____

**MOTION TO SEAL SECOND SUPPLEMENT TO DEFENDANT'S MOTION
IN LIMINE TO ADMIT EVIDENCE OF CHARACTER AND HABIT REGARDING
JOEY ESTRELLA (Docket Nos. 254 and 1641)**
_____

Rudy Sablan, by and through his counsel, respectfully moves to seal his Second Supplement to Defendant's Motion *In Limine* to Admit Evidence of Character and Habit Regarding Joey Estrella (Docket Nos. 254 and 1641).  In support of this request counsel states:

1. The second supplement is filed in response to the Court's order on December 3, 2007.  It contains material which is under the protective order dated May 31, 2001.

WHEREFORE, Defendant Rudy Sablan respectfully requests this Court to enter an order sealing his Second Supplement to Defendant's Motion *In Limine* to Admit Evidence of Character and Habit Regarding Joey Estrella (Docket Nos. 254 and 1641).

Respectfully submitted,

| s/ Forrest W. Lewis | s/Donald R. Knight |
|---|---|
| ***Forrest W. Lewis*** | ***Donald R. Knight*** |
| FORREST W. LEWIS, P.C. | KNIGHT & MOSES, LLC |
| 1600 Broadway, Suite 1525 | 7852 S. Elati Street, Suite 201 |
| Denver, Colorado  80202 | Littleton, Colorado  80120 |
| Telephone:  (303) 830-2190 | Telephone:  (303) 797-1645 |
| Facsimile:  (303) 830-1466 | Facsimile:   (303) 798-3872 |
| E-mail:  FLewisPC@aol.com | E-mail:  kmlawyers@knightandmoses.com |
| ***Attorneys for Defendant Rudy Sablan*** | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO SEAL SECOND SUPPLEMENT TO DEFENDANT'S MOTION IN LIMINE TO ADMIT EVIDENCE OF CHARACTER AND HABIT REGARDING JOEY ESTRELLA (Docket Nos. 254 and 1641)** was electronically filed with the Clerk of the Court using the CM/ECF system on this 5th day of December, 2007, which will send notification of such filing to the to the following e-mail addresses:

Brenda Taylor
Brenda.Taylor2@usdoj.gov

Philip Brimmer
Philip.brimmer@usdoj.gov

s/Polly Ashley