UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RUDY CABRERA SABLAN,

    Defendant.

---

### ORDER TO SEAL
---

    THIS MATTER is before the Court on Defendant's Motion to Seal Second Supplement to Defendant's Motion in Limine to Admit Evidence of Character and Habit Regarding Joey Estrella (filed December 5, 2007, docket # 2672). The Court, having reviewed the motion and being fully advised in the premises,

    ORDERS that Defendant's Motion to Seal Second Supplement to Defendant's Motion in Limine to Admit Evidence of Character and Habit Regarding Joey Estrella is **GRANTED**. The Second Supplement to Defendant's Motion in Limine to Admit Evidence of Character and Habit (docket # 2671) shall be sealed until further order of the Court.

    Dated: December 12, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge