IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | December 3, 2007 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreters: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **00-cr-00531-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Brenda K. Taylor
                                              Philip A. Brimmer
        Plaintiff,

v.

**2. RUDY CABRERA SABLAN**,                   Forrest W. Lewis
                                              Donald R. Knight
        Defendant.

_____

COURTROOM MINUTES
_____

**5-DAY HEARING ON PENDING MOTIONS (DAY 1)**

9:24 a.m.     Court in Session - Defendant appears via video conference

              APPEARANCES OF COUNSEL. Donald R. Knight appears via video conference.

              Court's opening remarks.

**ORDERED:**  Defendant's Motion for Hearing Regarding Procedure for Review and Release of William Sablan's Mental Health Material (R-49) (#1671 - 2/6/06) is **DENIED AS MOOT.**

**ORDERED:**  Defendant's Motion for Miscellaneous Relief (#248 - 8/17/01) is **DENIED AS MOOT.**

Government's Motion to Amend the Third Amended Notice of Intent to Seek Death Penalty (#2635 - 10/12/07) is raised for argument.

9:29 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

9:31 a.m.     Argument by Government (Ms. Taylor).

9:32 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

**ORDERED:**   Government's Motion to Amend the Third Amended Notice of Intent to Seek Death Penalty (#2635 - 10/12/07) is **DEFERRED.**

**ORDERED:**   Parties shall meet and confer regarding fourth amended notice of intent to seek death penalty to be filed by the Government and evidence to be presented by Government in support of the same.

Government's Motion to Reconsider Crawford Ruling of February 26, 2007 (#2636 - 10/12/07) is raised for argument.

9:48 a.m.     Argument by Government (Ms. Taylor).

**ORDERED:**   Government's Motion to Reconsider Crawford Ruling of February 26, 2007 (#2636 - 10/12/07) is **DENIED.**

Government's Amended Proffer of Penalty Phase Evidence in Support of Non-Statutory Aggravating Factor of Future Dangerousness of Rudy Cabrera Sablan (#1845 - 7/24/06) and Defendant's Motion in Limine Regarding Convictions and Incidents Alleged in Support of Non-Statutory Aggravating Factor of Future Dangerousness (#1701 - 2/21/06) are raised for argument.

9:58 a.m.     Argument by Government (Ms. Taylor).

**Exhibit/s 1A, 1B, 1C, 1D RECEIVED.**

10:05 a.m.    Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

10:12 a.m.    Argument by Government (Ms. Taylor).

**Exhibit/s 1E, 1F, 1G RECEIVED.**

**Exhibit/s 3A through 3P RECEIVED.**

10:29 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

10:33 a.m.     Argument by Government (Ms. Taylor).

10:35 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

10:39 a.m.     Argument by Government (Ms. Taylor).

10:45 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

10:49 a.m.     Argument by Government (Ms. Taylor).

10:50 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

10: a.m.       Argument by Government (Ms. Taylor).

**10:52 a.m.**  Court in Recess

**11:17 a.m.**  Court in Session

               Argument by Government (Ms. Taylor).

11:19 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

11:20 a.m.     Argument by Government (Ms. Taylor).

**Exhibit/s 5A, 5B, 5C RECEIVED.**

11:22 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

11:24 a.m.     Argument by Government (Ms. Taylor).

**Exhibit/s 7A, 7B RECEIVED.**

11:25 a.m.     Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

**ORDERED:**   Defendant Rudy Sablan's Motion in Limine Regarding Convictions and Incidents Alleged in Support of Non-Statutory Aggravating Factor of Future Dangerousness (#1701 - 2/21/06) is **DENIED IN PART, TAKEN UNDER ADVISEMENT IN PART, and DEFERRED IN PART.**

| | |
|---|---|
| **ORDERED:** | Government shall file submission on issues of Georgia case number 96-CR-364, including availability of the victim and opportunity for cross examination, not later than **Friday, January 25, 2008.** |
| **ORDERED:** | Defendant shall respond to what Government files not later than twenty (20) days from that date (January 25, 2008). |

Defendant Rudy Cabrera Sablan's Motion in Limine to Admit Evidence of Character and Habit of Joey Estrella (#254 - 8/17/01) is raised for argument.

| | |
|---|---|
| 11:33 a.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 11:47 a.m. | Argument by Government (Ms. Taylor). |
| 11:51 a.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 11:55 a.m. | Argument by Government (Ms. Taylor). |
| 12:04 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 12:06 p.m. | Argument by Government (Ms. Taylor). |
| 12:08 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| **ORDERED:** | Defendant Rudy Cabrera Sablan's Motion in Limine to Admit Evidence of Character and Habit of Joey Estrella (#254 - 8/17/01) is **DENIED IN PART and DEFERRED IN PART.** |
| **ORDERED:** | Defendant is to file a supplemental pleading submitting all documentation regarding the incidents offered to be admitted in this motion by **Wednesday, December 5, 2007.** |

Defendant Rudy Cabrera Saban's Motion in Limine to Admit Evidence of William Sablan's Mental Condition (R-18) (#257 - 8/17/01) is raised for argument.

| | |
|---|---|
| 12:13 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| **ORDERED:** | Defendant Rudy Cabrera Saban's Motion in Limine to Admit Evidence of William Sablan's Mental Condition (#257 - 8/17/01) is **DEFERRED.** |

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes

| | |
|---|---|
| **ORDERED:** | Defendant shall filed supplemental briefing as to Defendant Rudy Cabrera Saban's Motion in Limine (#257 - 8/17/01) not later than **Friday, December 21, 2007.** |
| **ORDERED:** | Government shall respond within two (2) weeks or not later than **Tuesday, January 4, 2008.** |
| **12:25 p.m.** | Court in Recess |
| **1:44 p.m.** | Court in Session |
| | Chris Vagner, Chief Deputy Clerk and Joann Garcia, Jury Administrator are present in the courtroom. |
| 1:45 p.m. | Discussion regarding proposed changes to the language of the jury notice. |
| **ORDERED:** | Parties shall submit proposed changes to the language of the initial jury questionnaire not later than **Friday, December 14, 2007.** |
| 2:20 p.m. | Chris Vagner and Joann Garcia are excused. |
| | Further discussion regarding proposed changes to the jury questionnaire. |
| | Defendant Rudy Cabrera Sablan's Motion in Limine Regarding Statements of William Sablan (#256 - 8/17/01) is raised for argument. |
| 2:38 p.m. | Argument by Government (Ms. Taylor). |
| 2:41 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| **3:16 p.m.** | Court in Recess |
| **3:39 p.m.** | Court in Session |
| | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 3:40 p.m. | Argument by Government (Ms. Taylor). |
| 4:08 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 4:13 p.m. | Argument by Government (Ms. Taylor). |

4:14 p.m.        Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis).

**ORDERED:**    Defendant Rudy Cabrera Sablan's Motion in Limine Regarding Statements of William Sablan (#256 - 8/17/01) is **DEFERRED.**

4:19 p.m.        Discussion regarding schedule for tomorrow.

**ORDERED:**    Hearing will resume on **Tuesday, December 4, 2007, at 10:00 a.m.**

**4:21 p.m.**       Court in Recess - HEARING CONTINUED

**TOTAL TIME:   4:50**