# EXHIBIT LIST

CASE NO. 00-cr-00531-WYD-02   PLAINTIFF'S LIST ___   DEFENDANT'S LIST  X   THIRD PTY DEFTS. LIST ___

CASE CAPTION United States of America v. Rudy Cabrera Sablan   PAGE NO. 1   DATE December 4, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Jay Vought | Letter 12/20/00 | | | X | 12/4/07 | | | |
| B | Jay Vought | FBI 302 7/19/01 | | | | | | | |
| C | Jay Vought | FBI 302 8/22/01 | | | | | | | |
| D | Jay Vought | FBI 302 10/2/01 | | | | | | | |
| E | Jay Vought | Acosta Report 9/25/01 | | | | | | | |
| F | Jay Vought | Letter 7/30/02 | | | X | 12/4/07 | | | |