IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

2. RUDY CABRERA SABLAN,

    Defendant.

---

**PROTECTIVE ORDER REGARDING PROCEDURES FOR
DISCLOSURE OF PRE-SENTENCE INVESTIGATION REPORTS**

---

THIS MATTER comes before the Court on the Government's Proposed Procedures for Disclosure of Pre-Sentence Investigation Reports. The Court, having reviewed the proposed procedures and being otherwise advised in the premises, finds that good and sufficient cause supports the same. It is therefore

ORDERED that copies of the pre-sentence investigation reports shall be provided by the government to counsel for Rudy Sablan on blue paper for ease of identification. It is

FURTHER ORDERED that such disclosure shall be subject to the "Protective Order Regarding Disclosure of Documents by the Federal Bureau of Prisons to the Defense Teams" entered on July 18, 2001 and any additional conditions as set out in this Order. It is

FURTHER ORDERED that the pre-sentence investigation reports for witnesses shall not be disseminated to the defendant or others not associated with the defense team unless and until appropriate redactions have been made by the Bureau of Prisons. It is

FURTHER ORDERED that if it becomes necessary to use any of these pre-sentence investigation reports as exhibits in court proceedings in this case, such exhibits shall be placed under seal. It is

FURTHER ORDERED that all copies of pre-sentence investigation reports for witnesses disclosed to defense counsel shall be returned to the government at the conclusion of the prosecution of Rudy Sablan.

Dated: February 1, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge