IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RUDY CABRERA SABLAN,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Ad Testificandum (Doc. # 2732 filed February 19, 2008) is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Mark Farmer, YOB 1975, before a United States District Judge, on March 17, 2008, at 9:00 a.m., for trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct..

    Dated: February 22, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge