IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RUDY CABRERA SABLAN,

    Defendant.

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Upon petition of the Defendant, Rudy Sablan, and for good cause shown, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Ad Testificandum filed May 5, 2008 (docket # 2891) is **GRANTED**. The Clerk of the Court shall issue a writ to the United States Marshal's Service requiring said United States Marshal to produce the material witness, Clifford Black (#55458-097), YOB 1968, before a United States District Judge, on May 12, 2008, at 9:00 a.m., for trial in the above-captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United State of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

Dated: May 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge